IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ESTATE OF SAMUEL A. SHPIGLER, deceased, by its Administrator, JANET M. VERGARE, </br></br>          Plaintiff(s), </br></br>     vs. </br></br> HILTON HOTELS CORPORATION, et al, </br></br>          Defendant(s). </br> _____ | CV 08-00318 ACK-LEK |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on January 12, 2009 and January 26, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Finding and Recommendation That Case Be Dismissed Without Prejudice" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 17, 2009.



_____
Alan C. Kay
Sr. United States District Judge